**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2252(a)(4)(B), (b)(2)** |
| **DANIEL BELTRAN MEDRANO** | : | **(Possession of Child Pornography)** |
| | : | |
| **Defendant.** | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 2253;** |
| | : | **21 U.S.C. § 853(p)** |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about and between April 1, 2025, and on or about June 11, 2025, within the District of Columbia, the defendant, **DANIEL BELTRAN MEDRANO**, did knowingly possess matters which contained visual depictions that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting intestate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of minors including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, to wit: digital videos depicting adults engaging in sexually explicit conduct with prepubescent minors.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2))

## FORFEITURE ALLEGATION

1. The United States hereby gives notice to the defendant, **DANIEL BELTRAN MEDRANO**, that upon his conviction of the offense charged in Count One of this Information, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property, including but not limited to a Samsung Galaxy cellphone Samsung SM-A156U; IMEI# 356408511604410.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney

By: */s/ Karen L. Shinskie*
Karen L. Shinskie
Assistant United States Attorney